IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD LAMB,
ADC #119644                                                                                    PLAINTIFF

v.                                              5:04CV00163HLJ

LARRY NORRIS, et al.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 25th day of August, 2006.


_____
United States Magistrate Judge